**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN RAYMOND LUCAS III, | CIVIL ACTION NO. 1:25-CV-00344 |
| Plaintiff, | |
| v. | (MEHALCHICK, J.) |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## ORDER

AND NOW this 27th day of February 2026, for the reasons set forth in the Memorandum filed concurrently herewith, **IT IS HEREBY ORDERED THAT** the Report (Doc. 19) is **ADOPTED IN ITS ENTIRETY** as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**, and the Clerk of Court is directed to enter judgment in the Commissioner's favor and **CLOSE** this case.

**Dated: February 27, 2026**

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**